# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| ANTHONY MENA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL** ACTION NO. **M-05-109** |
| | § | |
| SALVADOR CARMONA, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIMS

Now before the Court for consideration is Defendant Dr. Paul Lenz's ("Defendant" or "Dr. Lenz") Motion to Dismiss Plaintiff's State Law Claims. (Doc. 79). After reviewing the record, the Court hereby GRANTS, in its entirety, Defendant's motion. Pursuant to 28 U.S.C. § 1367(c), the Court declines to exercise its supplemental jurisdiction over the remaining state law claims. Accordingly, the Court ORDERS all of Plaintiff's claims against Defendant Dr. Lenz DISMISSED WITHOUT PREJUDICE. All other relief not expressly granted herein is denied.

SO ORDERED this 17th day of May, 2007, at McAllen, Texas.

_____
Randy Crane
United States District Judge